IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTONIO SANTIAGO           :
                           :        CIVIL ACTION
        v.                 :
                           :        NO. 11-7269
BROOKS RANGE CONTRACT      :
SERVICES, INC.             :

# O R D E R

**AND NOW**, this 26th day of March, 2012, upon consideration of Defendant Brooks Range Contract Services, Inc.'s Motion to Dismiss the Complaint (ECF No. 7), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion to Dismiss the Complaint is **GRANTED**.

2. Defendant's request that Plaintiff be denied leave to file an amended complaint is **DENIED**.

3. Plaintiff shall file an amended complaint on or before April 23, 2012.

**IT IS SO ORDERED.**

                              BY THE COURT:


                              _____
                              **R. BARCLAY SURRICK, J.**