IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO SANTIAGO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-7269 |
| BROOKS RANGE CONTRACT SERVICES, INC. | : | |
| | : | |

# O R D E R

**AND NOW**, this   30th   day of   September  , 2014, upon consideration of Defendant Brooks Range Contract Services, Inc.'s Motion for Summary Judgment (ECF No. 30), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED,** and judgment is hereby entered in favor of Defendant Brooks Range Contract Services, Inc.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**